# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150118

WINDRUSH, INC.,
            Plaintiff-Appellant,

v

LEE VANPOPERING, SHAGBARK
DEVELOPMENT, INC., and
NORTHLAND MANAGEMENT, INC.,
            Defendants-Appellees.

SC: 150118
COA: 315958
Kent CC: 09-008274-CK

_____/

On order of the Court, the application for leave to appeal the June 19, 2014 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to that court for reconsideration in light of *BC Tile & Marble Co, Inc v Multi Building Co, Inc*, 288 Mich App 576 (2010).

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2015



Clerk

d0630